UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAM T. TAM, | Case No.: 17-CV-710 JLS (MDD) |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | (ECF No. 15) |
| QUALCOMM, INC., et al., | |
| Defendants. | |

Presently before the Court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 15.) On its own motion the Court **VACATES** the hearing on Defendant's motion, presently set for May 3, 2018, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 26, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge