UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAM T. TAM,<br><br>                  Plaintiff,<br><br>v.<br><br>QUALCOMM, INC., et al.,<br><br>                  Defendants. | Case No.: 17-CV-710 JLS (MDD)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 42) |

Presently before the Court is the Parties' Joint Stipulation to Dismiss with Prejudice (ECF No. 42). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: August 28, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge